UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| RODNEY S. COBB, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 3:13-cv-1108 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) CHIEF JUDGE WILLIAM J. HAYNES, JR. |
| Defendant. | ) |

## ORDER

This cause came before the Court on the Joint Motion to Extend Discovery Period filed by Plaintiff Rodney S. Cobb and Defendant Portfolio Recovery Associates, LLC. The Court has considered the parties' joint request for a continuance of the discovery deadline and finds the request well-taken.

IT IS HEREBY ORDERED that the deadlines in this case be as follows:

1. The deadline for completing depositions is September 23, 2014.

2. The deadline for all discovery related motions is October 7, 2014.

3. The deadline for dispositive motions and Daubert motions is October 23, 2014.

4. The deadline for Responses thereto is November 24, 2014.

5. The deadline to Reply thereto is December 1, 2014.

SO ORDERED AND ADJUDGED this 18th day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE